# EXHIBIT A

Notice of Service



**Tre Hargett**
Secretary of State

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: (615) 741-2286
sos.tn.gov/

TRANSUNION                                                                    05/12/2025
PO BOX 2000
CHESTER, PA 19016-2000

RE: IAN WILLIAMS

VS: TRANSUNION

## Notice of Service

The enclosed process, notice or demand is hereby officially served upon you by the Tennessee Secretary of State pursuant to Tennessee law. Please refer to the process, notice or demand for details concerning the legal matter. If you have any questions, please contact the clerk of the court that issued the process, notice or demand.

The process, notice or demand may have a court date and time that you must appear to defend yourself or the number of days from the date of service by which you are required to file an answer. Failure to appear in court at the time specified or failure to file an answer in the given time could result in a default judgement being rendered against you for relief sought in the lawsuit.

The Secretary of State's office cannot give you legal advice. If you need legal advice, please consult a private attorney.

Tre Hargett
Secretary of State

**DOCUMENT INFORMATION**

SOS Summons #:     C2025030710

Case #:            2310629

Certified #:       94890090002767 12835646

SS-4214 (Rev. 8/15)                                                          RDA 1003