# EXHIBIT B

## Civil Warrant

DR 05/19/2025 (00MB69) 22.194266.02056739

I, _Alexis Mahon_

Deputy Clerk of the Court of General Sessions, Shelby County, Tennessee do hereby certify this to be a accurate copy of the original Civil Warrant filed this ____ day of ____

## State of Tennessee, County of Shelby

**CIVIL WARRANT NO.** _23106029_

**To Any Lawful Officer to Execute and Return:**

Summon to appear before the Court of General Sessions of Shelby County, Tennessee, Room 106 Shelby County Courthouse, 140 Adams Ave., Memphis, Tennessee

Defendant _TransUnion_       Defendant ____       Defendant ____

Address _Po Box 2000 Chester, PA 19016-2000_       Address ____       Address ____

on DAY _Monday_ DATE _August 11th_ 20 _25_ TIME _10:00 A.M._ ____ A.M. / P.M.

to answer in a civil action brought by the Plaintiff (s) _Ican Williams_

for _Fair credit reporting Act violations (reporting inaccurate/ unverifiable information on credit reports)_

under _24,999_ Dollars

Issued this ____ day of ____ 20 ____

**TAMARA A. SAWYER Clerk of General Sessions Court** Code No. ____

By _____ Deputy Clerk

Atty. For Plff. _Ican Williams_
Address _3214 Alta Road Memphis TN 381_
Phone _449-615-0509_

B.P.R. No. ____

## JUDGMENT

____ Judgment for ____

____ and Cost

of suit and litigation taxes, for which Execution may issue.

This ____ day ____ 20 ____

Judge of Division _____

## SERVICE

Came to hand same day issued and executed as commanded on ____

Came to hand same day issued and executed as commanded on ____

This ____ day of ____ 20 ____
**Sheriff/Process Server**

This ____ day of ____ 20 ____
**Sheriff/Process Server**

****SEE OTHER SIDE FOR ADDITIONAL SERVICE****

GENERAL SESSIONS CIVIL
APR 28 '25 AM 10:22

****AND NOTICE TO DEFENDANT(S)****

| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| This_____ day of_____ 20 ____ | This___ _____day of _____20___ |
| **Sheriff/Process Server** | **Sheriff/Process Server** |
| _____ | _____ |

## NOTICE

### TO THE DEFENDANT (S):

Pursuant to Tennessee code annotated 26-2-114, you are hereby given the following notice: Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is / is not a member of a military service.

_____
Attorney for Plaintiff or Plaintiff

_____
Notary Public

My Commission Expires:_____

**For Assistance in accessing the Courthouse:
(901) 222-2341**